### IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| **GRETA CRAWFORD,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | Civil Action No. 3:04-CV-2619-L |
| | § | |
| **UNITED STATES OF AMERICA and** | § | |
| **DEPARTMENT OF HOMELAND** | § | |
| **SECURITY,** | § | |
| **Defendants.** | § | |

## ORDER

Before the court is Plaintiff's Objection to Costs, filed August 14, 2006. Plaintiff objects to Defendants' Bill of Costs for $499.75 for the taking of her deposition. This matter was referred to the United States Magistrate Judge for proposed findings and recommendation.

On August 25, 2006, the Findings, Conclusions, and Recommendation of the United States Magistrate Judge ("Report") were filed. The magistrate judge recommends that the court overrule the objection, as it is without merit. Plaintiff also filed objections to the magistrate judge's findings on September 5, 2006.

Having reviewed the pleadings, file and record in this case, the findings and conclusions of the magistrate judge, and the objections thereto, the court determines that the findings and conclusions of the magistrate judge are correct. They are therefore accepted as those of the court. Accordingly, the court **overrules** Plaintiff's Objection to Costs and her objections to the magistrate

judge's findings and conclusions. Accordingly, costs are taxed against Plaintiff in the amount of $499.75, and she shall pay this amount to Defendants within 30 days of the date of this order.

    **It is so ordered** this 2nd day of November, 2006.

Sam A. Lindsay
United States District Judge